Case 3:16-mj-00102-BK Document 1 Filed 02/12/16 Page 1 of 8 PageID 1

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 12 2016

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

LG Cellular phone, black in color
Model Number: LG-H811
Serial Number: 509KPCA304187
FCC ID: ZNFH811
IMEI: 352392-07-304187-8

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 3:16-MJ-102-BK

I __Tajiddin Jabbar__ being duly sworn depose and say:
I am a(n) __Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)__ and have reason to believe that on the person of or **XX** on the property or premises known as (name, description and/or location)

(SEE ATTACHMENT A).

in the __NORTHERN__ District of __TEXAS__ there is now concealed a certain person or property, namely (describe the person or property to be seized)

(SEE ATTACHMENT B).

**which is** (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
property that constitutes evidence of the commission of a crime, contraband, the fruits of crime, and is, otherwise, criminally possessed, **concerning a violation of Title __18__ United States code, Section(s) __922(g)(1) and 21 U.S.C. §841(a)(1)__**. The facts to support a finding of Probable Cause are as follows:

(SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT TAJIDDIN JABBAR).
Continued on the attached sheet and made a part hereof.   **XX** Yes __ No

_____
Signature of Affiant
Tajiddin Jabbar
Special Agent, ATF

Sworn to before me, and subscribed in my presence

__February 12, 2016__ at 10:17 am · at __Dallas, Texas__
**Date and Time**                                                    **City and State**

**RENÈE HARRIS TOLIVER
United States Magistrate Judge**
**Name and Title of Judicial Officer**

_____
Signature of Judicial Officer

**AFFIDAVIT OF**
**Special Agent Tajiddin Jabbar**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**1114 Commerce Room 303**
**Dallas, Texas**

1. I, Tajiddin Jabbar, am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives and have been so employed since May 2014. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. Prior to this I was employed as a Police Officer with the Houston Police Department for four years, where I received additional training from the Houston Police Academy. I am currently assigned to the ATF Firearms Trafficking Group to investigate violations of federal firearms laws.

2. Based on my knowledge, training and experience I am familiar with federal criminal laws and know that it is a violation of Title 18 of the United States Code, Section 922(g)(1) for anyone convicted of a felony to possess a firearm or ammunition that has traveled in interstate or foreign commerce. I also know it is a violation of Title 21 of the United States Code, Section 841(a)(1) for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. This Affidavit is made to support evidence of dealing of narcotics and illegal shipment of firearms. The information contained in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and others considered to be credible persons.

## PROBABLE CAUSE

3. On August 21, 2015 Officers of the Royal St. Kitts and Nevis Police Force (RSCNPF), Special Investigative Unit (SIU), seized a Glock, .40 caliber pistol bearing serial number ELA644, nineteen rounds of .40 caliber ammunition and seven pounds of marijuana.

4. The Glock pistol was concealed inside a U.S Postal Service Priority Mail shipment with tracking number 9505510414095226138992, which was declared as an Active Subwoofer. The shipment had a total weight of twenty-nine pounds and was initially shipped August 14, 2015 from Dallas, TX.

5. The parcel was shipped under the alias name "James HART" with an address of 330 East Camp Wisdom Road, Dallas, TX. 75241. The parcel was shipped to Ricardo WILLIAMS (SKB9249), Needsmust Estate, Basseterre, St. Kitts.

6. The box shipped to Ricardo WILLIAMS contained two subwoofers. Inside one subwoofer were three packages containing marijuana and an electronic scale. Inside the second subwoofer, were three additional packages of marijuana, a Glock .40 caliber pistol, and nineteen .40 caliber rounds of hollow-point ammunition. The total weight of the marijuana was seven pounds. SA Jabbar is aware based upon prior knowledge and experience that seven pounds of marijuana is not a user amount of narcotics, but more commonly an amount possessed by individuals who are trafficking and distributing narcotics.

7. Postal Inspectors from the United States Postal Service (USPS) obtained surveillance footage and shipping information for the parcel used to smuggle the Glock .40 caliber pistol, ammunition, and marijuana from Dallas, TX. into St. Kitts. The footage shows a subject with the alias "James HART" arriving at the Post Office alone on August 14, 2015 at 12:00:16 hours. "James HART" was carrying the Sony Subwoofer box parcel, which contained the Glock .40 caliber pistol, ammunition and marijuana.

8. The transaction was paid for in US currency and assigned USPS tracking number 9505510414095226138992. "James HART" completed the transaction and is seen exiting the Post Office on August 14, 2015 at 12:19:05 hours.

9. The subwoofer was purchased from Wal-Mart store #3285 located at 621 Uptown Boulevard, Cedar Hill, TX. 75104. The purchase occurred on August 13, 2015 at 12:50:20 hours on receipt/ticket #8509-7836-0630-0095-7641-6. On this receipt, a Sony SA-W2500 Performance Line Subwoofer (UPC #0027242706439) was purchased for $106.09 in US currency.

Affidavit – Page 2

10. Special Agents from the Department of Homeland Security (DHS) and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) conducted queries and was able to link the alias name "James HART" to a Robert Earl Hart Jr. (B/M DOB: XX/XX/1964) with an address of 7676 South Westmoreland Road, Apartment 2103, Dallas, TX. 75237. On December 8, 2015, Special Agents with DHS and ATF interviewed Robert Earl Hart Jr. at his residence at the address listed above. DHS and ATF Special Agents made Robert Earl Hart Jr. aware that law enforcement was investigating a shipment that originated from Dallas, TX and was shipped to St. Kitts. Robert Earl Hart Jr. advised agents that he was not aware of any such shipments from Dallas to St. Kitts.

11. DHS Special Agents showed pictures to Robert Earl Hart Jr. who stated there was a mix up and that the pictures shown were not of him but of his son Jeremy CONNER. Robert Earl Hart Jr. stated he and his son were not close but made agents aware that his son was about 29 or 30 years of age and was born on either January 18 or January 19. Robert Earl Hart Jr. provided Agents a 469-816-2566 phone number which he stated was for his son Jeremy CONNER. Robert Earl Hart stated he did not have any other additional information about Jeremy CONNER.

12. On December 8, 2015 a ATF Special Agent was able to identify Jeremy CONNER as "James HART". A query of several law enforcement databases revealed CONNER was a convicted felon for Manufacturing and Delivering a Controlled Substance on June 28, 2006, and Burglary of a Building on January 7, 2004.

13. Law Enforcement databases also show CONNER previously lived at 330 East Camp Wisdom Road, Dallas, TX. 75241. This is the same address that was used on the parcel shipped from Dallas, TX to St. Kitts under the alias "James HART that contained the Glock .40 caliber pistol, ammunition, and marijuana. ATF Agents received a driver's license photo of CONNER and it appeared to be the same person in the surveillance photos that purchased the Sony speaker and shipped the box from Dallas, TX. to St. Kitts.

14. On February 5, 2016 a Federal arrest warrant was obtained for CONNER. On February 8, 2016 DHS and ATF Special Agents conducted surveillance at 1515 Chapman St. Cedar Hill, TX. based upon intelligence that CONNER used this particular address.

15. On February 8, 2016 Special Agents observed CONNER leave the residence at 1515 Chapman St. Cedar Hill, Texas in a white Chevrolet Malibu. Shortly after observing CONNER leave, a traffic stop was conducted and CONNER was taken into custody. An inventory of the vehicle revealed five cellular phones:

   a. ZTE cellular phone, black in color, Model number Z755, S/N 326E5182096E.
   b. LG cellular phone, black in color, Model number LG-H811, S/N 509KPCA304187.
   c. Verizon LG cellular phone, black in color, Model number LG-VS415BPP, S/N 407CYKJ0073725.
   d. ZTE cellular phone, black in color, Model number Z755, S/N 326E514211ED.
   e. HTC cellular phone, black in color, Model number 0PCV220, S/N SH4CTY405290.

16. Based upon my experience and knowledge provided to me by other officers/agents, I am aware that individuals who possess, use and distribute narcotics and firearms typically retain records, photos, videos, contacts and messages on mobile electronic devices such as cellular phones, PDA's and tablets.

17. I am also aware individuals who traffic narcotics often possess and carry multiple phones for the illegal distribution of narcotics.

18. All aforementioned events and incidents occurred within Dallas County, Texas and the phone will be searched in the Northern District of Texas.

## CONCLUSION

That based on the aforementioned facts herein, I respectfully submit that there is probable cause to believe that CONNER's cellular telephone and included memory components, as described in attachment B, contains stored numbers, names, text messages, voice messages, memos, pictures, and video which will provide evidence of Title 18 of the United States Code, Section 922(g)(1) Possession of firearm by a convicted felon. I also believe it would provide evidence of Title 21 of the United States Code, Section 841(a)(1) that states it is unlawful for any person knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. The cellular phone described in Attachment "A" is currently within the Northern District of Texas.

Accordingly, I respectfully request that this Court issue a search warrant for the item described in Attachment "A" to search for those items identified in Attachment "B".

_____
Tajiddin Jabbar
Special Agent
United States Department of Justice
Bureau of ATF

Sworn and subscribed to me this 12th day of February, 2016.

_____
RENÉE HARRIS TOLIVER
United States Magistrate Judge
Dallas, Texas

Affidavit – Page 5

# ATTACHMENT A

**Items to be searched:**

A cellular telephone which can be identified as follows:

LG Cellular phone, black in color

Model Number: LG-H811

Serial Number: 509KPCA304187

FCC ID: ZNFH811

IMEI: 352392-07-304187-8

# ATTACHMENT B

1. Records, documents, information, images and videos, however maintained, related to firearms, narcotics, planning of and/or execution of crimes to include the dealing of narcotics and illegal possession and shipment of firearms.

2. All information pertaining to contacts or individuals including, but not limited to, names, addresses, and telephone numbers.

3. All photographs, videotapes, digital images, and negatives.

4. All information pertaining to incoming or outgoing telephone calls, text messages, SMS messages, MMS messages or other communications.

5. All information pertaining to datebooks, calendars, appointments, or other scheduling records.

6. All information pertaining to any stored and/or unretrieved telephone numbers, voice messages, text messages, memorandums, writings, or other communications.

7. Any electronic records, documents, and materials, in whatever form and by whatever means such records, documents, or materials, their drafts or their modifications, may have been created or stored, including, but not limited to, any handmade form (such as writing or marking with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negative, video tapes, motion pictures or photocopies); any mechanical form (such as photographic records, printing or typing); any electrical, electronic, or magnetic form.